IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CV-322-FL

| | | |
|---|---|---|
| GLORIA WILSON, PHYLLIS RODGERS, and EVELYN POWELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NASH EDGECOMBE ECONOMIC DEVELOPMENT, INC., ELTON POWELL, Head Start Director, GINELL ROGERS, Executive Director, NASH EDGECOMBE ECONOMIC DEVELOPMENT, INC. BOARD OF DIRECTORS, January 1, 2017-June 27, 2019, and JAMES COLLINS, Chairman, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter comes before the court on plaintiff's motion to file pleadings by paper until such time plaintiff's counsel can complete the training class, scheduled to be held in September 2019, for the court's Case Management/Electronic Case Filing system. For good cause shown, the motion is GRANTED.

SO ORDERED, this the 23rd day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge